# **EXHIBIT A**

Chad E. Irvin (SBN 303210)
Kaaveh K. Zargar (SBN 306366)
**ZARGAR & IRVIN | PERSONAL INJURY**
4667 MacArthur Blvd., Ste. 310
Newport Beach, CA 92660
Telephone:   (949) 868-9474
Facsimile:   (949) 954-3016

Attorney for Plaintiff:  Emilia Angelica Leon Bayron

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
9/20/2024 3:06:01 PM

Clerk of the Superior Court
By I. Quirarte      ,Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| EMILIA ANGELICA LEON BAYRON, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES, LLC, a Delaware Limited Liability Company dba AMAZON; BROOKLINE, a California Corporation; and DOES 1 through 100, inclusive;<br><br>    Defendants. | Case No.   24CU012403C<br><br>**COMPLAINT FOR PERSONAL INJURIES AND DAMAGES; DEMAND FOR JURY TRIAL**<br><br>1) **NEGLIGENCE**<br>2) **PRODUCTS LIABILITY**<br><br>Department:<br>Judge:<br>Action Filed:<br>Trial Date: |

COMES NOW the Plaintiff EMILIA ANGELICA LEON BAYRON, an individual; and for causes of action against Defendants AMAZON.COM SERVICES, LLC, a Delaware Limited Liability Company doing business as AMAZON ("AMAZON"); BROOKLINE, a California Limited Liability Company ("BROOKLINE"); and DOES 1 through 100, inclusive ("Defendants"), and each of them, complains and alleges as follows:

### GENERAL ALLEGATIONS

1.      The events giving rise to the complaint herein occurred in the City of San Diego, County of San Diego, State of California.

2.      At all times relevant herein, Plaintiff was a resident of the City of Los Angeles, County of Los Angeles, State of California.

COMPLAINT FOR PERSONAL INJURIES AND DAMAGES; DEMAND FOR JURY TRIAL

3.    Plaintiff is informed and believes, and thereupon alleges that at all times relevant, Defendant AMAZON is a Delaware limited liability company registered to do business and actually doing business in the County of San Diego, State of California.

4.    Plaintiff is informed and believes, and thereupon alleges that at all times relevant, Defendant BROOKLINE is a California limited liability company registered to do business and actually doing business in the County of San Diego, State of California.

5.    The true names and capacities, whether individual, plural, corporate, partnership, associate or otherwise, of DOES 1 through 100, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. The full extent of the facts linking such fictitiously sued Defendants with the causes of action alleged herein is unknown to Plaintiff. Plaintiff is informed and believes, and thereupon alleges, that each of the defendants designated herein as a DOE was and is negligently, carelessly, recklessly, unlawfully, tortuously, wantonly, wrongfully, illegally, or in some other actionable manner, responsible for the events and happenings hereafter referred to, and thereby negligently, carelessly, recklessly, unlawfully, tortuously, wantonly, wrongfully and illegally proximately caused the hereafter described injuries and damages to Plaintiff. Plaintiff will file an amended complaint or seek leave of court to file an amended complaint to show Defendants' true names and capacities after the same have been ascertained.

6.    Plaintiff is informed and believes, and thereupon alleges, that at all times mentioned herein, Defendants, and each of them, including DOES 1 through 100, inclusive, were agents, servants, employees and joint ventures of their co-defendants, and were, as such, acting within the course, scope, and authority of said agency, employment and joint venture, and that each and every Defendant, as foresaid, when acting as a principal, was negligent in the selection and hiring of each and every Defendant as an agent, employee, contractor, subcontractor and joint venture, and that each Defendant, by and through its officers, directors or managing agents, authorized, ratified, or otherwise approved the acts of the remaining Defendants, and that said officers, directors or managing agents participated in said acts with the Defendants, including DOES 1 through 100, inclusive, and each of them.

COMPLAINT FOR PERSONAL INJURIES AND DAMAGES; DEMAND FOR JURY TRIAL

**FIRST CAUSE OF ACTION**

**NEGLIGENCE**

7.    Plaintiff refers and incorporates, as though fully set forth herein, all the allegations and statements set forth in this Complaint.

8.    Plaintiff alleges that Defendants owed a duty of care to Plaintiff to act in a reasonable, prudent, and careful manner in the inspection, maintenance, and repair of the amenities offered to her, as a guest of Defendant's hotel, and failed to do so, resulting in her sustaining permanent injuries.

9.    Defendant BROOKLINE manufactures, distributes, and sells products for use in everyday situations, including in the commercial context.  One such product is a handheld steamer.

10.    Defendant AMAZON is a marketplace that provides a wide range of products for purchase by individual and commercial customers.  Plaintiff is informed believes and based thereupon alleges that AMAZON has an ownership interest in BROOKLINE or was otherwise also involved in the manufacture, distribution, or sale of handheld steamers.

11.    The hotel called "Moxy Gaslamp"; located at 831 Sixth Ave., San Diego, CA 92101 purchased steamers for use by its guest.  Plaintiff is informed, believes, and based thereon alleges that the hotel purchased the handheld steamers from AMAZON and BROOKLINE.

12.    On September 21, 2022, Plaintiff was a guest at Moxy Gaslamp and was using one of AMAZON and BROOKLINE's handheld steamer when it malfunctioned, spewing boiling hot water on Plaintiffs' legs.  The steamer was in such a condition that, Defendants either knew or should have known through a reasonable inspection, that the device was unsafe, yet they failed to replace it, repair it, or warn Plaintiff of its dangerous condition.

13.    Plaintiff suffered substantial burns and permanent scarring from the boiling water spewed by Defendant's steamer.  As the direct and proximate result of the negligent, wanton, reckless, tortious, wrongful, and unlawful conduct of Defendants, Plaintiffs sustained permanent injuries which have caused and will continue to cause Plaintiffs mental, physical and nervous pain and suffering in addition to other damages, all to damage according to proof.

3
COMPLAINT FOR PERSONAL INJURIES AND DAMAGES; DEMAND FOR JURY TRIAL

GULDJIAN | FASEL

3-5-2025                    4A25034JNXW0001                    7020250305118690

14. As a further direct and proximate result of the negligent, wanton, reckless, tortious, wrongful, and unlawful conduct of Defendants, Plaintiffs were required to, and did, and will in the future, employ physicians and surgeons to examine, treat and care for Plaintiffs' injuries, employ specially trained persons to supply care and services, and incur medical and incidental expenses for such care and services, all to further damage according to proof.

## SECOND CAUSE OF ACTION

### PRODUCTS LIABILITY

### (Against all Defendants)

15. Plaintiff refers and incorporates, as though fully set forth herein, all the allegations and statements set forth above in this Complaint.

16. Plaintiff alleges that she used the handheld steamer manufactures, designed, distributed, and sold by Defendants.

17. Plaintiff alleges that the steamer contained a manufacturing and/or design defects and a lack of appropriate warnings at the time it left the possession, custody, or control of the Defendants.

18. Plaintiff alleges that Defendants' steamer malfunctioned while she used it for its ordinary purposes, leaving her with significant burns and permanent scarring.

19. Defendants' steamer was the sole cause in Plaintiff's burns and scarring.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendants and DOES 1 through 100, inclusive, as follows:

1. Non-economic damages according to proof;

2. Economic damages according to proof;

3. Interest and pre-judgment interest;

4. Costs of suit; and

5. Such other and further relief as this Court deems proper.

GULDJIAN | FASEL

3-5-2025                    4A25034JNXW0001                    7020250305118690

Dated: September 20, 2024

**GULDJIAN | FASEL**

BY: _____

Chad E. Irvin, Esq.
Attorneys for Plaintiff
Emilia Angelica Leon Bayron

**GULDJIAN | FASEL**

5
COMPLAINT FOR PERSONAL INJURIES AND DAMAGES; DEMAND FOR JURY TRIAL

3-5-2025                    4A25034JNXW0001                    7020250305118690

**DEMAND FOR JURY TRIAL**

Demand is hereby made for all the issues of fact in this case to be tried before a jury.

Dated: September 20, 2024

**GULDJIAN | FASEL**

BY: _____

Chad E. Irvin, Esq.
Attorneys for Plaintiff
Emilia Angelica Leon Bayron

**GULDJIAN | FASEL**

6
COMPLAINT FOR PERSONAL INJURIES AND DAMAGES; DEMAND FOR JURY TRIAL